JACQUELINE A. FORSLUND
Attorney at Law
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:   541-419-0074
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA IRENE PERRY, | Case No. 1:14-CV-00825-SMS |
| Plaintiff | |
| | **STIPULATION AND ORDER** |
| | **FOR EXTENSION OF TIME** |
| v. | **TO FILE OPENING BRIEF** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to February 20, 2015, for filing of the Opening Brief, in accordance with the Court's Scheduling Order.  This extension is requested because Plaintiff's counsel recently experienced prolonged health problems that caused a backlog in her workload that has not yet been resolved.

**Perry v. Colvin**                                                                                          **Stipulation and Proposed Order**
**E.D. Cal. 1:14-cv-00825-SMS**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                              Respectfully submitted,

Date:  January 20, 2015         JACQUELINE A. FORSLUND
                                       Attorney at Law


                              */s/Jacqueline A. Forslund*
                              JACQUELINE A. FORSLUND

                              Attorney for Plaintiff


Date:  January 20, 2015         BENJAMIN B. WAGNER
                                       United States Attorney
                                       DONNA L. CALVERT
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration


                              */s/\*Lynn M. Harada*  on behalf of
                              HENRY CHI
                              Special Assistant United States Attorney
                              *By email authorization

                              Attorney for Defendant


                                    ORDER

APPROVED AND SO ORDERED


DATED:  1/21/2015                /s/ SANDRA M. SNYDER
                                    UNITED STATES MAGISTRATE JUDGE