BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Regional Chief Counsel, Region IX
Social Security Administration
HENRY L. CHI, CSBN 265009
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8953
    Facsimile:  415-744-0134
    E-Mail:  henry.chi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA IRENE PERRY,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:14-CV-00825-SMS<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 45 days to respond to Plaintiff's opening brief.  There is good cause for this extension because of Assistant Regional Counsel Henry Chi's workload.  Despite his diligent efforts, competing deadlines necessitate an extension.  Additionally, Defendant needs additional time to respond to Plaintiff's arguments.

Given these factors, Defendant respectfully requests an extension and Plaintiff also consents to this extension.

The current due date is March 23, 2015.  The new due date will be May 7, 2015.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                    Respectfully submitted,

Dated: March 17, 2015                    */s/ Jacqueline Anna Forslund*
                                               (by email authorization on March 17, 2015)
                                               Jacqueline Anna Forslund
                                               Attorney for Plaintiff

Dated: March 19, 2015                    BENJAMIN B. WAGNER
                                               United States Attorney

                                By:     /s/ *Henry L. Chi*
                                               Henry L. Chi
                                               Special Assistant U.S. Attorney

                                               Attorneys for Defendant

                                               <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: <u>3/20/2015</u>                    <u>/s/ SANDRA M. SNYDER          </u>
                                               UNITED STATES MAGISTRATE JUDGE