BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Regional Chief Counsel, Region IX
Social Security Administration
HENRY L. CHI, CSBN 265009
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8953
    Facsimile:  415-744-0134
    E-Mail:  henry.chi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA IRENE PERRY, | ) CIVIL NO. 1:14-CV-00825-SMS |
| | ) |
|     Plaintiff, | ) **STIPULATION AND ORDER FOR A** |
| v. | ) **SECOND EXTENSION OF TIME FOR** |
| | ) **DEFENDANT TO RESPOND TO** |
| CAROLYN W. COLVIN, | ) **PLAINTIFF'S MOTION FOR** |
| | ) **SUMMARY JUDGMENT** |
| Acting Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |
| | ) |
| | ) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a second extension of time of 45 days to respond to Plaintiff's opening brief.  Defendant apologizes for seeking a second extension and expects to file the response by the extended deadline.  There is good cause for this extension because

Defendant's counsel has competing deadlines that necessitate immediate attention – including other district court matters, employment matters, and an oral argument. Given these factors, Defendant respectfully requests an extension and Plaintiff also consents to this extension.

The current due date is May 7, 2015. The new due date will be June 22, 2015. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 4, 2015     */s/ Jacqueline Anna Forslund*
                       (by email authorization on May 4, 2015)
                       Jacqueline Anna Forslund
                       Attorney for Plaintiff

Dated: May 4, 2015     BENJAMIN B. WAGNER
                       United States Attorney

                By:    */s/ Henry L. Chi*
                       Henry L. Chi
                       Special Assistant U.S. Attorney

                       Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  5/5/2015           /s/ SANDRA M. SNYDER
                           UNITED STATES MAGISTRATE JUDGE