# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA IRENE PERRY,<br><br>        Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:14-cv-00825-SAB<br><br>ORDER SETTING BRIEFING SCHEDULE FOR PETITIONER JACQUELINE FORSLUND'S MOTION FOR ATTORNEY FEES<br><br>(ECF No. 33) |

Petitioner Jacqueline Forslund ("Petitioner"), attorney for Plaintiff Patricia Irene Perry ("Plaintiff"), filed a motion for attorney fees in the total amount of $8,471.00 pursuant to 42 U.S.C. § 406(b)(1) on June 19, 2017. (ECF No. 33.) Petitioner electronically served Defendant with the motion. However, there is no indication that Plaintiff was served with the motion.

Accordingly, IT IS HEREBY ORDERED that:

1.    Petitioner shall serve a copy of the motion for attorney fees (ECF No. 33) and a copy of this order on Plaintiff no later than **June 23, 2017**, and file a proof of service no later than **June 28, 2017**;

2.    If Plaintiff opposes the motion for attorney fees, she shall file an opposition to the motion for attorney fees on or before **July 21, 2017;**

3.    Any response by Defendant to the motion for attorney fees shall be filed on or before **July 21, 2017**; and

1         4.       Any reply by Petitioner shall be filed on or before **July 28, 2017.**

2

3 IT IS SO ORDERED.

4 Dated:   **June 20, 2017**

                                UNITED STATES MAGISTRATE JUDGE